IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KATHLEEN WOOLSEY-CRANDALL, | CIVIL NO. 04-925-HU |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| v. | |
| JOANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

On May 31, 2005, Magistrate Judge Hubel issued Findings and Recommendation (#15) in the above-captioned case affirming the decision of the Commissioner and recommending the denial of disability insurance benefits and supplemental security income. No objections were received.

Accordingly, after _de novo_ review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b), the court agrees that substantial evidence in the record supports the ALJ's conclusion denying benefits. The Commissioner's decision is, therefore, affirmed and the court, ADOPTS the recommendation that a judgment be entered in favor of the Commissioner.

IT IS SO ORDERED.

DATED: Portland, Oregon, July 14, 2005.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge