IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KATHLEEN WOOLSEY-CRANDALL,   No. CV 04-925-HU

    Plaintiff,   JUDGMENT

v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

    Defendant.

**MOSMAN, J.**

    Based on the Record,

    IT IS HEREBY ORDERED AND ADJUDGED that this case is REMANDED to the Commissioner with instructions to provide the ALJ with an opportunity to develop the record and reevaluate plaintiff's application for benefits at step five, taking into account plaintiff's credited testimony, Dr. Diehl's opinion, and plaintiff's status as an individual of advanced age.

    DATED this __7th__ day of March, 2008.

                                        /s/ Michael W. Mosman
                                        MICHAEL W. MOSMAN
                                        United States District Judge

PAGE 1 - JUDGMENT